# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | |
| Plaintiff, | ) | Case No:        25-cr-106  (KMM/SGE) |
| | ) | Date:            01/21/2026 |
| v. | ) | Court Reporter:   Paula Richter |
| | ) | Courthouse:      Minneapolis |
| RAMIRO RAY REYES, | ) | Courtroom:       9E |
| | ) | Time Commenced: 11:17 a.m. |
| Defendant. | ) | Time Concluded:  11:55 a.m. |
| | ) | Time in Court:    38 Minutes |

Before Katherine M. Menendez, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

    For Plaintiff:        Garrett Fields, Assistant United States Attorney
    For Defendant:    Thomas Shiah        X CJA

**X Sentencing.**

IT IS ORDERED:

Defendant is sentenced to:

| **Count. No.** | **Plea** | **Verdict** | **BOP** | **AG** | **SR** | **PROB** | **HA** |
|---|---|---|---|---|---|---|---|
| 1 | X | | 10 Months | | 3 Years | | |
| 2 | X | | 60 Months | | 3 Years | | |

**See J&C for special conditions**

X Defendant sentenced to pay:
    X Special assessment in the amount of $200.00 ($100 for Ct 1; $100 for Ct 2) to be paid immediately.

X Defendant remains in the custody of the U.S. Marshal.

                                                             s/AJS
                                          Courtroom Deputy